BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRENDAN HUERTA, | **CASE NO. CV 16-00434 KAW** |
|     Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REFERRING CASE TO MEDIATION** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, AGRICULTURE RESEARCH SERVICE, DOES 1-20, | |
|     Defendants. | |

    Pursuant to ADR Local Rule 3-5(c), the parties to the above-entitled action hereby stipulate and request that the Court refer this case to the Court's mediation program.

    IT IS SO STIPULATED.

                                              Respectfully submitted,

Dated:  March 11, 2016        BRIAN J. STRETCH
                                        ACTING UNITED STATES ATTORNEY

                                        /s/
                              By: _____.
                                        CLAIRE T. CORMIER[1]
                                        Assistant U.S. Attorney

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION TO MEDIATION AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW

Dated:  March 11, 2016                         BRADY LAW GROUP

                                               /s/
                                       By:  _____.
                                               STEVEN J. BRADY
                                               Attorney for Plaintiff

**[PROPOSED] ORDER**

(PROPOSED is struck through)

   IT IS SO ORDERED.

Dated:  __3/14__, 2016            _Kandis Westmore_
                                   KANDIS A. WESTMORE
                                   UNITED STATES MAGISTRATE JUDGE