```
BRIAN J. STRETCH (CABN 163973)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDAN HUERTA,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, AGRICULTURE RESEARCH SERVICE, DOES 1-20,<br><br>      Defendants. | CASE NO. CV 16-00434 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

This case was originally scheduled for a case management conference on April 26, 2016. Upon the stipulated request of the parties, the case management conference was continued to May 24, 2016.

The Federal Defendants have filed a motion to dismiss, with a hearing date of June 16, 2016. Plaintiff's counsel has advised that he is not available that morning, due a previously-scheduled court appearance. The parties agree that, in the interest of judicial economy, the case management conference should be scheduled on or after the date of the motion hearing.

In order to accommodate these and other scheduling issues, the parties HEREBY STIPULATE AND REQUEST as follows:

The hearing on the Federal Defendants' motion to dismiss will take place on July 7 at 11:00 AM.

The case management conference will be continued to the date and time of the hearing on the

STIPULATION RE HEARING DATE AND TO CONTINUE CMC AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW

motion to dismiss, *i.e.*, July 7, 2016 at 11:00 AM. Other case management dates will be continued accordingly. Alternatively, at the Court's option, the currently scheduled case management conference may be vacated and reset after a decision on the motion to dismiss.

    IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 30, 2016 | BRIAN J. STRETCH<br>UNITED STATES ATTORNEY |
|  | /s/<br>By: _____<br>CLAIRE T. CORMIER [1]<br>Assistant U.S. Attorney |
| Dated: March 30, 2016 | BRADY LAW GROUP |
|  | /s/<br>By: _____<br>STEVEN J. BRADY<br>Attorney for Plaintiff |

### [PROPOSED] ORDER

    Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    The hearing on the Federal Defendants' motion to dismiss will take place on July 7, 2016 at 11:00 AM.

    The case management conference is continued to ~~July 7, 2016 at 11:00 AM.~~ August 9, 2016 at 1:30 p.m. Other case management dates are continued accordingly.

    IT IS SO ORDERED.

Dated: March 30, 2016

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION RE HEARING DATE AND TO CONTINUE CMC AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW