STEVEN J. BRADY, ESQ. (State Bar No.116651)
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
Phone: 415.459.7300
Fax: 415.459.7303
Email: mail@bradylawgroup.com

Attorney for Plaintiff,
BRENDAN HUERTA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

BRENDAN HUERTA

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF AGRICULTURE; AGRICULTURE RESEARCH SERVICE and DOES 1-20, Inclusive

Defendants

Case No.: 4:16-cv-00434

STIPULATION AND [~~PROPOSED~~] ORDER RE: FILING OF OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION TO DISMISS

DATE: July 7, 2016
TIME: 11:00 A.M.
COURTROOM TBA
Hon. Kandis A. Westmore

This case is scheduled for a hearing on Defendants' Motion to Dismiss on July 7, 2016. The Motion to Dismiss was filed on March 24, 2016. The Local Rules mandate the filing of Plaintiff's Response on April 7, 2016 and the Defendants' Reply on April 14, 2016.

Because the hearing is so far off, and to accommodate the schedules and caseloads of the parties, with the permission of the Court, it is hereby stipulated by and between the parties that Plaintiff's Response to Defendants' Motion to Dismiss may be filed on or before May 20, 2016 and Defendants' Reply on or before June 7, 2016.



BRADY LAW GROUP
1015 IRWIN STREET, SAN RAFAELL, CA 94901
415.459.7300 PHONE • 415.459.7303 FAX



DATED: April 4, 2016

BRADY LAW GROUP

By: /s/
STEVEN J. BRADY, ESQ.[1]
Attorney for Plaintiff

DATED: April 4, 2016

BRIAN J. STRETCH, ESQ.
UNITED STATES ATTORNEY

By: /s/
CLAIRE T. CORMIER, ESQ.
Assistant U.S. Attorney

**~~[PROPOSED~~ ORDER]**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

Plaintiff's Response to Defendants' Motion to Dismiss may be filed on or before May 20, 2016.

Defendants' Reply may be filed on or before June 7, 2016.

IT IS SO ORDERED.

Dated: 4/8, 2016

Kandis Westmore
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

[1] I, Steven J. Brady, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.



BRADY LAW GROUP
1015 IRWIN STREET, SAN RAFAELL, CA 94901
415.459.7300 PHONE • 415.459.7303 FAX

