```
1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CABN 154364)
   Assistant United States Attorney
4
        150 Almaden Boulevard, Suite 900
5       San Jose, California 95113
        Telephone: (408) 535-5082
6       FAX: (408) 535-5081
        claire.cormier@usdoj.gov
7
   Attorneys for Federal Defendants
8
```

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

| | |
|---|---|
| BRENDAN HUERTA, | **CASE NO. CV 16-00434 KAW** |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR MEDIATION** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, AGRICULTURE RESEARCH SERVICE, DOES 1-20, | |
| Defendants. | |

19    This case was referred to the Court's mediation program on March 14, 2016. To accommodate

20 the vacation and trial schedules of counsel for the parties, and to allow for some limited discovery, the

21 mediation has been scheduled for June 29, 2016, which is after the current mediation deadline.

22 Accordingly, the parties HEREBY STIPULATE AND REQUEST that the mediation deadline be

23 extended to June 29, 2016.

24    IT IS SO STIPULATED.

25                                  Respectfully submitted,

26 Dated: April 15, 2016            BRADY LAW GROUP

27                                  /s/
                             By:    _____.
28                                  STEVEN J. BRADY
                                    Attorney for Plaintiff

STIPULATION EXTENDING MEDIATION DEADLINE AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW

Dated:  April 15, 2016

BRIAN J. STRETCH
UNITED STATES ATTORNEY

By:  /s/
CLAIRE T. CORMIER[1]
Assistant U.S. Attorney

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated:  4/21 , 2016

*Kandis Westmore*
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION EXTENDING MEDIATION DEADLINE AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW