1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CABN 154364)
   Assistant United States Attorney
4
       150 Almaden Boulevard, Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       claire.cormier@usdoj.gov
7
   Attorneys for Federal Defendants
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12
   BRENDAN HUERTA,                    )   CASE NO. CV 16-00434 KAW
13                                    )
       Plaintiff,                     )
14                                    )   STIPULATION AND [PROPOSED] ORDER
       v.                             )   EXTENDING DEADLINE FOR MEDIATION
15                                    )   AND CONTINUING MOTION HEARING AND
   UNITED STATES DEPARTMENT OF        )   CASE MANAGEMENT CONFERENCE
16 AGRICULTURE, AGRICULTURE           )
   RESEARCH SERVICE, DOES 1-20,       )
17                                    )
       Defendants.
18

19     This case was referred to the Court's mediation program on March 14, 2016. The mediation was

20 initially scheduled for June 29, 2016, and the mediation deadline was modified accordingly. Due to

21 plaintiff's counsel's trial schedule, as well as issues that have arisen relating to discovery and potentially

22 liable third parties, the parties wish to continue the mediation. After discussions with the court-

23 appointed mediator, the parties have tentatively rescheduled the mediation to August 9, subject to the

24 Court's approval.

25     In order to keep the case in the same litigation posture that it would have been in vis-à-vis

26 defendant's pending motion to dismiss (the briefing for which is complete) and the initial case

27 management conference, the parties also request that those matters be similarly continued.

28     The parties therefore STIPULATE AND REQUEST as follows:

STIPULATION EXTENDING MEDIATION, MOTION HEARING, AND CMC AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW

1. The mediation deadline shall be extended to August 9, 2016.

2. The hearing on defendant's motion to dismiss shall be continued from July 7 to August 18, 2016 at 11:00 a.m.

3. The initial case management conference shall be continued from August 9 to September 20, 2016 at 1:30 p.m.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 7, 2016    BRADY LAW GROUP

By: /s/ .
STEVEN J. BRADY
Attorney for Plaintiff

Dated: June 7, 2016    BRIAN J. STRETCH
UNITED STATES ATTORNEY

By: /s/ .
CLAIRE T. CORMIER[1]
Assistant U.S. Attorney

### ~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

Dated: 6/10, 2016    /s/ Kandis Westmore
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION EXTENDING MEDIATION, MOTION HEARING, AND CMC AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW