BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDAN HUERTA, | CASE NO. CV 16-00434 KAW |
|     Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS AND ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, AGRICULTURE RESEARCH SERVICE, DOES 1-20, | |
|     Defendants. | |

    The federal defendants filed a motion to dismiss which is currently set for hearing on August 18, 2016. On July 14, 2016, defendants' counsel emailed plaintiff's counsel advising him that defendants' investigation had discovered that the person involved in the incident at issue in this case was an employee of a federal contractor, not a federal employee. Accordingly, defendants contend that, pursuant to the Federal Tort Claims Act, the United States is not liable for the torts of its contractors, who are not considered "employees" under the FTCA. Defendants' counsel sent a redacted copy of the contract at issue to plaintiff's counsel on July 14, 2016, and, on July 21, 2016, emailed plaintiff's attorney with information regarding the identity of the individuals involved in the subject incident.

    In order to allow plaintiff an opportunity to amend the complaint, the parties hereby STIPULATE AND REQUEST that defendants' currently pending motion to dismiss be withdrawn and

1  that plaintiff shall have until August 12, 2016 to file an amended complaint. The federal defendants shall
2  have 30 days after the filing of the amended complaint to answer, move, or otherwise respond to the
3  amended complaint.

4      IT IS SO STIPULATED.

5                                   Respectfully submitted,

6  Dated:  July 26, 2016           BRADY LAW GROUP

7                                   /s/
                        By:  _____.
8                               STEVEN J. BRADY
                             Attorney for Plaintiff

9
10 Dated:  July 26, 2016           BRIAN J. STRETCH
                             UNITED STATES ATTORNEY

11                                  /s/
                        By:  _____.
12                              CLAIRE T. CORMIER[1]
                             Assistant U.S. Attorney

13
14
15                             **[~~PROPOSED~~] ORDER**

16     Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED
17 that the federal defendants' currently pending motion to dismiss is withdrawn.  The hearing on that
18 motion, currently scheduled for August 18, 2016, is hereby vacated.  Plaintiff shall file an amended
19 complaint no later than August 12, 2016. The federal defendants shall have 30 days from the date of
20 filing of the amended complaint to answer, move, or otherwise respond to the amended complaint.

21
22 Dated:  ___7/28___, 2016                  _Kandis Westmore_____
23                                  KANDIS A. WESTMORE
                                 UNITED STATES MAGISTRATE JUDGE

24
25
26
27 _____
28    [1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION WITHDRAWING MOTION AND ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT
CASE NO. CV 16-00434 KAW