| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CABN 154364)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5082 |
| 6 | FAX: (408) 535-5081<br>claire.cormier@usdoj.gov |
| 7 | |
| 8 | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| BRENDAN HUERTA, | ) | **CASE NO. CV 16-00434 KAW** |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER VACATING MEDIATION DEADLINE AND** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, AGRICULTURE RESEARCH SERVICE, DOES 1-20, | ) ) ) ) | **CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | ) | |

This case was referred to the Court's mediation program on March 14, 2016. The mediation was initially scheduled for June 29, 2016, and the mediation deadline was modified accordingly. Later, due to plaintiff's counsel's trial schedule, as well as issues that arose relating to discovery and potentially liable third parties, the parties requested a continuance of the mediation deadline, which was extended to August 9.

More recently, after further investigation seemed to confirm that the person involved in the incident at issue in this case was an employee of a federal contractor, not a federal employee, the Court granted the parties' stipulated request to withdraw the federal defendants' pending motion to dismiss and allow plaintiff time to file an amended complaint naming additional parties. Plaintiff now has until August 12 to file his amended complaint. Given the likely addition of one or more new parties to this

STIPULATION VACATING MEDIATION REFERENCE AND CONTINUING CMC, AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW

action, the existing parties believe that alternative dispute resolution should be delayed until all parties have appeared.[1]

Accordingly, the parties HEREBY STIPULATE AND REQUEST that the order referring this case to the court's mediation program be vacated and that the existing mediation deadline be vacated. For the same reasons, the parties STIPULATE AND REQUEST that the initial case management conference, currently scheduled for September 20, 2016, be continued to Tuesday, January 17, 2017, at which time the issue of ADR selection can be re-visited.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 29, 2016                BRADY LAW GROUP

                                    /s/
                                By: _____.
                                    STEVEN J. BRADY
                                    Attorney for Plaintiff

Dated: July 29, 2016                BRIAN J. STRETCH
                                    UNITED STATES ATTORNEY

                                    /s/
                                By: _____.
                                    CLAIRE T. CORMIER[2]
                                    Assistant U.S. Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:   8/2   , 2016          _Kandis Westmore_
                                KANDIS A. WESTMORE
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The current court-appointed mediator, Stephen Schrey, has advised that he is willing to act as mediator for this case after the new parties are added, should all parties agree at that time.

[2] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION VACATING MEDIATION REFERENCE AND CONTINUING CMC, AND [PROPOSED] ORDER
CASE NO. CV 16-00434 KAW