UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN HUERTA,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

    Defendants.

Case No. 16-cv-00434-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 38

On October 11, 2016, Defendants United States Department of Agriculture and Agriculture Research Service filed a motion to dismiss Plaintiff Brendan Huerta's complaint. (Dkt. No. 38.) Plaintiff's opposition was due on October 25, 2016, but Plaintiff did not file an opposition. Therefore, Plaintiff is ordered, on or before **November 2, 2016**, to 1) file an opposition to Defendant's motion to dismiss, and 2) respondent to this order to show cause by explaining why he did not file a timely opposition. Failure to complete both tasks by November 2, 2016 may result in the Court granting Defendant's motion pursuant to Paragraph 22 of this Court's Standing Order, which states that "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion."

IT IS SO ORDERED.

Dated: October 26, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge