GREGORY G. ISKANDER, Bar No. 200215
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
giskander@littler.com

CURTIS A. GRAHAM, Bar No. 215745
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone:   213.443.4300
Facsimile:   213.443.4299
cagraham@littler.com

Attorneys for Defendant
AKIMA FACILITIES MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRENDAN HUERTA,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE RESEARCH SERVICE, DOES 1-20, Inclusive,<br><br>            Defendant. | Case No. 16-cv-00434-KAW<br><br>**STIPULATED REQUEST TO CONTINUE HEARING DATE ON MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Current Date: February 26, 2017<br>Proposed Date: March 2, 2017<br>Time: 11:00 a.m.<br>Judge: Kandis A. Westmore |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

STIPULATED REQUEST TO CONTINUE HEARING DATE ON MOTION TO SET ASIDE ENTRY OF DEFAULT

(No. 16-cv-00434-KAW)

Defendant Akima Facilities Management, LLC ("Defendant") and Plaintiff Brendan Huerta ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

Whereas Defendant filed a Motion to Set Aside Entry of Default (ECF Nos. 54-55), and inadvertently set the hearing date for February 23, 2017, which was not an available date on the Court's calendar.

Whereas the Court re-set the hearing date for February 16, 2017 (ECF No. 56).

Whereas counsel for Defendant is out of the state on business on February 16, 2017, and requests to continue the hearing to the next available date.

Therefore, Defendant and Plaintiff stipulate and agree that the hearing on Defendant's Motion to Set Aside Entry of Default be continued to March 2, 2017.

**SO STIPULATED.**

Dated: January 10, 2017           */s/ Gregory G. Iskander*
                                  Gregory G. Iskander
                                  LITTLER MENDELSON, P.C.
                                  Attorneys for Defendant
                                  AKIMA FACILITIES MANAGEMENT, LLC

Dated: January 10, 2017           */s/ Steven J. Brady*
                                  Steven J. Brady
                                  Bradylaw Group
                                  Attorneys for Plaintiff
                                  BRENDAN HUERTA

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 10, 2017

                                  */s/ Gregory G. Iskander*
                                  Gregory G. Iskander
                                  LITTLER MENDELSON, P.C.
                                  Attorneys for Defendant
                                  AKIMA FACILITIES MANAGEMENT, LLC

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

STIPULATED REQUEST TO CONTINUE HEARING DATE ON MOTION TO SET ASIDE ENTRY OF DEFAULT                           (No. 16-cv-00434-KAW)

**ORDER**

Upon the parties' stipulation, and for good cause, it is HEREBY ORDERED that the Motion to Set Aside Entry of Default currently set for February 23, 2017 is continued to March 2, 2017, at 11:00 a.m.

**SO ORDERED.**

Dated: 1/13/17

*Kandis Westmore*
**Hon. Kandis A. Westmore**
**United Stated Magistrate Judge**

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

2.                           (No. 16-cv-00434-KAW)