STEVEN J. BRADY, ESQ. (State Bar No. 116651)
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
Phone: 415.459.7300
Fax: 415.459.7303
Email: mail@bradylawgroup.com

Attorney for Plaintiff,
BRENDAN HUERTA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRENDAN HUERTA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; AGRICULTURE RESEARCH SERVICE; DOES 1-20, Inclusive,<br><br>Defendants. | Case No.: 16-cv-00434-KAW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CHANGING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION REQUESTING COURT DECLINE TO EXERCISE SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS**<br><br>Date: Thursday, November 2, 2017<br>Time: 11:00 a.m.<br>Judge: The Hon. Kandis A. Westmore |

Plaintiff Brendan Huerta, by and through his counsel of record, Steve Brady, Esq. of Brady Law Group, and Defendant, Akima Facilities Management, LLC. ("Defendant"), by and through their counsel of record, Natalie M. Kuzma, Esq. of Littler Mendelson P.C., hereby stipulate and agree as follows:

1. On September 18, 2017, Plaintiff filed his Motion Requesting Court Decline to Exercise Supplemental Jurisdiction Over State Law Claims (dkt 81).

1

**STIPULATION AND ~~PROPOSED~~ ORDER CHANGING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION**
CASE NO. 16-cv-00434-KAW

2. Pursuant to Local Rule 7-3, Defendant's Opposition is due October 2 and Plaintiff's Reply is due October 9. The hearing on the motion is set for November 2, 2017.

3. The attorney at Brady Law Group responsible for this matter has a long planned vacation from October 2 through October 9, and will be unable to prepare a Reply if the briefing schedule is not changed.

4. The parties therefore request that Defendant's Opposition to Plaintiff's Motion Requesting Court Decline to Exercise Supplemental Jurisdiction Over State Law Claims be due October 9 and Plaintiff's Reply be due October 16.

5. If the Court requires it, the parties are amenable to having the hearing date on the motion be continued to November 16, 2017, or the first available date thereafter.

**IT IS SO STIPULATED AND AGREED**

Dated: September 26, 2017

/s/ Natalie M.Kumza
Gregory G. Iskander
Natalie M. Kuzma
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AKIMA FACILITIES MANAGEMENT, LLC

Dated: September 26, 2017

/e/Steven J. Brady
Steven J. Brady, Esq.
Attorney for Plaintiff
BRENDAN HUERTA

//

//

2
**STIPULATION AND P~~ROPOSED~~ ORDER CHANGING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION**
CASE NO. 16-cv-00434-KAW

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** as follows:

Defendant's Opposition to Plaintiff's Motion Requesting Court Decline to Exercise Supplemental Jurisdiction Over State Law Claims is due October 9 and Plaintiff's Reply is due October 16.

___ The hearing date on the motion will remain November 2, 2017.

or

_X_ The hearing date on the motion is continued to November 16, 2017, at 1:00 pm.

**IT IS SO ORDERED.**

Dated: ___9/27_____, 2017

_____
HONORABLE KANDIS A. WESTMORE
JUDGE OF THE U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

BRADY LAW GROUP
1015 Irwin Street, San Rafael, CA 94901
415.459.7500 phone • 415.459.7303 fax